# BELL, BOYD & LLOYD LLC

70 West Madison Street, Suite 3100 • Chicago, Illinois 60602-4207
312.372.1121 • Fax 312.827.8000

CHRISTOPHER J. FAHY
312.807.4324
cfahy@bellboyd.com
Direct Fax: 312.827.8002

*VIA MESSENGER*

August 28, 2006

David O. Yuen, Esq.
Tressler, Soderstrom, Maloney & Priess
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

Re: *American Louver Co., et al. v. Surge Control Systems, LLC, et al.*
*N.D. Ill. Civil Action No. 06-CV-3172*

Dear Dave:

Following up on our letter of August 4, 2006 and pursuant to Federal Rule of Civil Procedure 11, we are giving Glass Gorham 21 days to dismiss its Complaint. If Glass Gorham refuses to dismiss its Complaint by September 18, 2006, we will file the attached motion for sanctions which is served on you together with this letter.

We look forward to hearing from you within the next 21 days. Please contact me if you have any questions or concerns.

Sincerely,

C. J. Fahy

C. J. Fahy

Copy to William F. Wilson

chicago • washington

775607/D/1

EXHIBIT C